UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brian Barry, on behalf of Himself
and All Others similarly situated,

                Plaintiffs,                      Civil 02-3825 (PAM/RLE)

v.                      **ORDER OF DISMISSAL**

St. Paul Companies,

                Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: October 22, 2003

                                        Paul A. Magnuson
                                        United States District Court Judge

OCT 2 2 2003
FILED_____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____